[Cite as *Blanchard v. Unknown*, 2010-Ohio-5475.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JULIA BLANCHARD

    Plaintiff

    v.

UNKNOWN

    Defendant

    Case No. 2010-07237-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On May 19, 2010, this court issued an entry dismissing Fabreeze Construction as a defendant. The plaintiff was ordered to submit an amended complaint which names a state entity as party defendant on or before June 17, 2010, or face dismissal of her case. Plaintiff has failed to comply with the court order. Therefore, the case is DISMISSED without prejudice. The court shall absorb the court costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Julia Blancard

Case No. 2010-06761-AD - 2 - ENTRY

Case No. 2010-06761-AD - 2 - ENTRY

18811 Libby Road
Maple Hts., Ohio 44137

DRB/laa
Filed 7/20/10
Sent to S.C. reporter 11/8/10